**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7690**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOYCE TORIAN THOMPSON,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville. W. Earl Britt, Senior District Judge. (CR-87-53-BR, CA-97-699-5-BR)

———————————

Submitted: July 2, 1998          Decided: July 20, 1998

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Joyce Torian Thompson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joyce Thompson seeks to appeal the district court's order refusing to entertain a successive motion under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), without authorization from this court. We have reviewed the record and the district court's opinions and find no reversible error. The district court acted in accordance with the dictates of § 2255. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Thompson's motion for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED